UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 06-CIV-61705-COOKE

RAYMOND J. RITGERS, JR.,

    Plaintiff,

v.

SECRETARY OF VETERAN AFFAIRS, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Stephen T. Brown, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion to Proceed *In Forma Pauperis* (DE 3), filed November 13, 2006. On February 6, 2007, Judge Brown granted Plaintiff's Motion to Proceed *In Forma Pauperis*. In the February 6, 2007 order, Judge Brown advised the Plaintiff of what steps he must take to effectuate service upon the Defendants through the aid of the U.S. Marshal Service. See DE 14. However, as of July 24, 2007, Plaintiff still had not taken the steps necessary to effect service in compliance with Judge Brown's February 6, 2007 order.[1] As a result, on July 24, 2007, Judge Brown issued a Report and Recommendation in which he recommended that Plaintiff's case be dismissed without prejudice. On August 2, 2007, Judge Brown received correspondence from Plaintiff. The Court shall construe the correspondence in question as an Objection to Judge Brown's Report. In this Objection, Plaintiff

---

[1] The Court notes that Judge Brown has issued several orders directing Plaintiff to take steps to effectuate service. See DEs 14, 15, 16, and 17. Further, this Court has issued two separate orders regarding instructions to pro se litigants.

appears to argue the merits of his case as well as indicate that he needs legal assistance in effectuating service of process in this matter.[2] As the Court has previously informed Plaintiff, the Court cannot provide legal advice to litigants. See DE 12. Moreover, Judge Brown's orders have clearly explained the steps which Plaintiff must take to effectuate service in this matter. Nevertheless, Plaintiff has failed to take the necessary steps to effectuate service in this case which has been pending since November 13, 2006. Therefore, the Court having reviewed the record and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. United States Magistrate Judge Stephen T. Brown's Report and Recommendation is **AFFIRMED and ADOPTED**.

2. This case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers at Miami, Florida, this 22nd day of August, 2007.

_Marcia G. Cooke_
MARCIA G. COOKE
United States District Judge

---

[2] In his Objection, Plaintiff did not provide the required summonses so that service could be effected on the Defendants.

*Copies furnished to:*

*The Honorable Stephen T. Brown, United States Magistrate Judge*

*All Counsel of Record*

*Raymond J. Ritgers, pro se*